


## United States District Court
### For The District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| vs. | |
| MITCHELL PAUL MODELESKI (a/k/a Paul Andrew Mitchell). | CASE NUMBER: 14-CR-27-2F |

**To:**
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>MITCHELL PAUL MODELESKI (a/k/a Paul Andrew Mitchell)</u> and bring him forthwith to the nearest magistrate to answer an **Indictment** charging him with **Conspiracy to Obstruct Justice (Count 1), Obstruction of Justice and Aiding and Abetting (Counts 2-7), Obstruction of Justice (Count 9)** in violation of **18 U.S.C. 1512(k), 18 U.S.C. 1512(b)(2)(A) and 2, 18 U.S.C. 1512(c)(2).**

| | |
|---|---|
| Stephan Harris | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| Stephan Harris | |
| *(signature)* | January 16, 2014, Cheyenne, WY |
| Signature of Issuing Officer | Date and Location |
| *(signature)* By Deputy Clerk | |
| Bail fixed at $ <u>DETAIN</u> | By: _____ Nancy D. Freudenthal |
| | Chief United States District Judge |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at 0840 @ 2525 Minor
Av. #201 Seattle, WA

| DATE RECEIVED | 1/28/2014 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 1/28/2014 | S. DRESCH | *(signature)* Scott Dresch |