Magistrate Judge James P. Donohue

FILED          ENTERED
LODGED          RECEIVED

JAN 2 8 2014

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

MITCHELL PAUL MODELESKI,

Defendant.

CASE NO.   MJ14-030

GOVERNMENT'S MOTION
FOR DETENTION

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.   **Eligibility of Case**. This case is eligible for a detention order because this case involves (check all that apply):

_____ Crime of violence (18 U.S.C. § 3156)

_____ Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

_____ Crime with a maximum sentence of life imprisonment or death

_____ Drug offense with a maximum sentence of ten years or more

MOTION FOR DETENTION- MODELESKI - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2
___ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed

3

4

5
___ Felony offense involving a minor victim other than a crime of violence

Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon

6

7
___ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250)

8
___ Serious risk the defendant will flee

9

10
✓ Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

11
2.      **Reason for Detention**.  The Court should detain defendant because there are

12
no conditions of release which will reasonably assure (check one or both):

13
✓ Defendant's appearance as required

14
___ Safety of any other person and the community

15
3.      **Rebuttable Presumption**.  The United States will invoke the rebuttable

16
presumption against defendant under § 3142(e).  The presumption applies because:

17

18
___ Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

19

20
___ Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

21

22
___ Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

23

24

25
___ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

26

27

28

MOTION FOR DETENTION- MODELESKI - 2

1     **4.**    **Time for Detention Hearing.**  The United States requests the Court conduct

2 the detention hearing:

3     \_\_    At the initial appearance

4     ✓    After continuance of _3_ days (not more than 3)

5     **5.**    **Other matters.**

6

7 DATED this 28th day of January, 2014.

8

9                      Respectfully submitted,

10                      JENNY A. DURKAN
                     United States Attorney

11

12

13                      SARAH Y. VOGEL
                     Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR DETENTION- MODELESKI - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970