**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ14-30 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| MITCHELL PAUL MODELESKI, | |
| Defendant. | |

Offenses charged:

Count 1:      Conspiracy to Obstruct Justice

Counts 2-7:   Obstruction of Justice and Aiding and Abetting

Counts 8-9:   Obstruction of Justice

Date of Detention Hearing: January 31, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.      Defendant is charged in an indictment with 8 counts of obstruction of justice, raising substantial issues of obstruction if released.

2.      Defendant has little verifiable background information.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

3.      Defendant has made it clear he will not go to the District of Wyoming willingly.

4.      Defendant does not believe the Court has authority over him and will not comply with Court Orders.

5.      This ruling is without prejudice to defendant to ask for further review when he makes his initial appearance in the District of Wyoming.

6.      There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required in the District of Wyoming.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained pending his initial appearance in the District of Wyoming and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 31st day of January, 2014.

_James P. Donohue_

_____
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2