

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
**District Court Executive**
Clerk of Court

**LORI LANDIS**
**Chief Deputy Clerk**

February 4, 2014

**CLERK, US DISTRICT COURT**

Joseph C. O'Mahoney
 Federal Building
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001

**USA v  Mitchell Paul Modeleski a/k/a Paul Andrew Mitchell**

CR14-27-F District of Wyoming

WD/WA Case: MJ14-30

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D) or 32.1, dated 2/4/2014, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at
**https://ecf.wawd.uscourts.gov/.**

Please affirm in some manner the receipt of this transfer notification letter.

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

s/ Ben Beetham,_____
Deputy Clerk