FILED ___ LODGED ___ RECEIVED  **MAIL**

FEB 11 2014

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY ___ DEPUTY

TO: James P. Donohue
U.S. District Court
700 Stewart St.
Seattle 98101

DATE: 2/5/2014

FROM: Paul Andrew Mitchell
Co-Defendant

Greetings Mr. Donohue,

Is there any way you could amend the DETENTION ORDER to authorize my release on my own recognizance in MJ14-030?

I am presently in shock and on death's doorstep down here at FDC/SeaTac, after I was rushed into solitary confinement. Counselor Holloway falsely accused me of fraud, but I am not charged with fraud.

In our "SHU", inmate Clarence screams very loudly hours on end when he is not banging on stainless steel shower stalls.

I am prevented from contacting the outside world in any manner, and I am locked in a "Special Housing Unit."

I have no family, no money, and everything has deteriorated to vicious circles that go nowhere. Death is one option.

If I am to write and serve any pleadings in No. 14-CR-27-F, I need to be back in my apartment, but I may have difficulty writing well after suffering so much shock, and a totally destitute reality.

The Public Defender you appointed failed one simple test. <u>Johnson v. Zerbst</u>

I may also <u>desperately require medical intervention & observation</u> to restore normal sleeping patterns.

Also, I do not even know if my apartment's contents are even safe.

I have never been so close to death in my entire life, and I do <u>not</u> exaggerate. I desperately need rehab.

I agree to make all appearances in Seattle, assuming I can restore some normality which was lost by the sudden arrest and equally sudden incarceration, then fall to rock bottom.

Please help me!

Paul Andrew Mitchell
Paul Andrew Mitchell
FDC SeaTac
Reg. No. 44202-086
P.O. Box 13900
Seattle 98198-1090
Washington, <u>USA</u>

FEDERAL DETENTION CENTER
NAME: Paul Andrew Mitchell
REG: 44202-086  UNIT: STU
P.O. BOX 13900
SEATTLE, WA. 98198-1090

TO: James P. Donohue
U.S. District Court
700 Stewart St.
Seattle 98101
Washington, USA

EMERGENCY!

SEATTLE WA 981
04 FEB 2014   PM 5 L