Case Nos.: MJ 14-00030 JPD
USDC/DWY: 14-CR-27-F

## MEMORANDUM OF LAW RE: CLERK OF COURT IS AN OFFICER

TO: Office of Chief Judge
U.S. District Court
700 Stewart Street
Seattle 98101
Washington State, USA

FROM: Paul Andrew Mitchell, B.A., M.S.
FDC SeaTac Reg. No. 44202-086, Unit "EA"

SUBJECT: laws requiring Clerk's authorized signature on a valid subpoena

1. Judges and Justices are "officers".
   proof: see 5 U.S.C. 2104(a)

2. Clerk of Court is appointed by the District Court. proof: see 28 U.S.C. 751, to wit:
   "each district court may appoint a clerk"

3. Clerk of Court is therefore an "officer" too.
   proof: see 5 U.S.C. 2104(a)(1)(B), to wit:
   "appointed by a Court of the United States"

4. An "officer" must file a second affidavit with the oath of office required by 5 U.S.C. 3331.
   proof: see 5 U.S.C. 3332: officer affidavit "no consideration paid for appointment"

5. An "officer" may not be paid until the affidavit required by 3332 has been filed!
   proof: 5 U.S.C. 5507

— 1 of 2 —

6. The Court is the legal custodian of all SF-61 APPOINTMENT AFFIDAVITS for Court personnel. proof: 5 U.S.C. 2906, to wit: "court to which the office pertains"

7. Office of Clerk must have legal custody of all SF-61s for all Court officers. proof: 28 U.S.C. 951 (duties of Clerk)

8. If Clerk's Office does not have custody of the SF-61 for the person in the Clerk's position, then 28 U.S.C. 1691 cannot be satisfied: Clerk's authorized signature and the Court's official seal are both required.

Relevant Authorities: In re Simon, 297 F. 942 (2nd Cir. 1924); 28 U.S.C.A. 1691, 28 U.S.C.S. 1691 (all case law thereunder).

VERIFICATION: 28 U.S.C. 1746

I, Paul Andrew Mitchell, B.A., M.S., hereby verify under penalty of perjury, under the laws of the United States of America, without (outside) the United States (federal government) that the above statement of laws is true and correct, according to the best of my current information, knowledge and belief, so help me God.

Date: 2/10/2014 A.D.

Signed: Paul Andrew Mitchell, B.A., M.S.
Printed: Paul Andrew Mitchell, Sui Juris
All Rights Reserved (cf. UCC 1-308)

- 2 of 2 -

FEDERAL DETENTION CENTER
NAME: Paul Andrew Mitchell
REG: 44202-086   UNIT: EA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

LEGAL MAIL

"Special Mail"
Confidential

All Rights Reserved
(cf. UCC 1-308)

TO: Office of Chief Judge
U.S. District Court
700 Stewart St.
Seattle 98101
Washington State, USA
98101

Please copy <u>and</u> file in docket
#14-CR-27-F
(USDC/DWY)

FEDERAL DETENTION CENTER
NAME: Paul Andrew Mitchell
REG: 44202-086  UNIT: EA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

"Special Mail"
Confidential

All Rights Reserved
c.f. UCC 1-308

LEGAL MAIL

TO: Office of Chief Judge
U.S. District Court
700 Stewart Street
Seattle 98101
Washington State, USA

SEATTLE WA 981

Please also copy and file in docket
#14-CR-27-F
(USDC/DWY)

Thank you.

FEDERAL DETENTION CENTER
NAME: Paul Andrew Mitchell
REG: 44202-086  UNIT: EA
P.O. BOX 1300
SEATTLE, WA. 98198-1090

LEGAL MAIL

"Special Mail"
Confidential

All Rights Reserved
(cf. UCC 1-308)

TO: Office of Chief Judge
U.S. District Court
700 Stewart St.
Seattle 98101
Washington State, USA
98101

9810144360S

Please copy and file in docket
# 14-CR-27-F
(USDC/DWY)

Thank you.