REQUEST FOR FILING
and PROOF OF SERVICE
CONFIDENTIAL 2/5/2014

TO: Barbara Hughes, Paralegal
FPD Seattle
1601 Fifth Avenue, Ste. 700
Seattle 98101
Washington State, USA

Hello Barbara,

Thank you for your correspondence, on letterhead.

(1) Please file and serve the enclosed "ORDER OF TRANSFER" duly annotated in original black ink. Please also return a proper PROOF OF SERVICE upon each of the following:

(a) Clerk of Court, USDC, Seattle
(b) Clerk of Court, USDC, Cheyenne
(c) Office of U.S. Attorney, Seattle
(d) Courtesy Copy to Brian A. Tsuchida
(e) Courtesy Copy to James P. Donohue

NB: enclosed version is annotated both sides.

(2) in anticipation of a bail hearing, please attempt to locate on the Internet a scanned copy of the UCC FINANCING STATEMENT recorded by me against AOL, Inc. and Time Warner, Inc. at Delaware Secretary of State. Try looking at these folders:
www.supremelaw.org/cc/aol/ucc1
www.supremelaw.org/copyrite/aol.com/ucc1
Try both UPPER-CASE "UCC1" and lower-case above.

SPECIAL MAIL

CONFIDENTIAL
SPECIAL MAIL

The total amount due was recorded as a $4,455,240,000. as of a few years ago, plus 7% APR simple interest (no compounding) accrued to the present. I can offer up to $100,000,000.00 USD as security for a Court-approved bail bond, to guarantee my appearances, PROVIDED I am released on my own recognizance to occupy temporary housing where I may re-install all or part of my computer network + peripherals for the duration. House arrest in a nearby hotel is an option.

(3) Also, please prepare DEFENDANT'S FIRST NOTICE OF MATERIAL WITNESS identifying Mr. Bruce Sprague, FDC SeaTac Reg. No. 42713-086, as my first witness in one or more lawsuits in which he and I are expecting to participate as Plaintiffs and/or Cross-Plaintiffs and/or Class Action Members. For now, both he and I were tortured in the Special Housing Unit ("SHU") at FDC SeaTac. Bruce has maintained a very detailed daily log of each minute element of his experience there, starting Friday, 1/31/2014. He is planning to publish same when it is finished, and he has already agreed to provide you with a full version for photocopying and service upon me and the recipients listed at 1(a) thru 1(e) above.

SPECIAL MAIL

CONFIDENTIAL
SPECIAL MAIL

SPECIAL MAIL

(4) I have already begun formulating a Cross-Complaint under Civil RICO (see 18 U.S.C. 1964(c)). The performance bond we plan to offer for that Civil RICO action will also equal $100 Million, to secure all expenses incurred by all named Defendants (see 2 above). 18 U.S.C. 1964(c) authorizes automatic triple damages, and a liberal construction rule (not codified in the U.S. Code, however).

(5) I provided Nancy Tenney with my first draft of my APPLICATION FOR HABEAS CORPUS RELIEF, FOIA ENFORCEMENT ETC. Can you please check on the status and whereabouts of that first draft? I would appreciate it very much if you would transcribe same to proper type-written pleading format, and mail same to me for proof reading and additional editing. I was moved today to Unit "EA" (Echo Alpha).

(5) Can you also send me copies of:
(a) "SEARCH WARRANT dated June 11, 2013 showing rubber stamp of Wm. M. McCool
(b) VERIFIED CRIMINAL COMPLAINT, ON INFORMATION lodged by me against James Marcy, Dave Guest et al. at District Court of Wyoming at Cheyenne ("VCC")
(c) similar VCC against same Guest and same Marcy at District Court of Colorado at Fort Collins

CONFIDENTIAL
SPECIAL MAIL

Both (b) and (c) are also on the Internet last time I checked e.g.:

www.supremelaw.org/cc/spd/ (folders below)
www.supremelaw.org/cc/Hill/ ( " " )

Thank you very much for your professional consideration, Barbara.

Sincerely yours,

Paul Andrew Mitchell, Sui Juris

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General and now Acting United States Attorney General in Fact:
www.supremelaw.org/cc/sebelius/holder/
www.supremelaw.org/cc/hedges

SPECIAL MAIL

Case 2:14-mj-00030-JPD Document 9 Filed 02/04/14 Page 1 of 1

28 USC "Rules Enabling Act" and second "Abrogation clause" in 18 USC on June 25, 1948 (both Acts)

see 2 x Abrogation clauses

FEB 04 2014

Honestly and sincerely ... the United States ex rel. Paul Andrew Mitchell, 18 U.S.C. 1964, 1345, hereby notifies all concerned that ... has no standing: see 28 USC 1345

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
at Seattle

... this "ORDER" is hereby Refused for Causes as annotated: here, see 28 USCS 1691 and 28 USCA 1691 (all case law)

UNITED STATES OF AMERICA,
Plaintiff, singular NOT plural

v.

MITCHELL PAUL MODELESKI,
a/k/a PAUL A. MITCHELL

ALL CAPS Defendant. "nom de guerre" means "war name" in French.

Case #MJ14-30

NOT a valid ORDER:

ORDER OF TRANSFER

Mr. Tsuchida lacks SF-61, + violates 28 USC 1691;

Not a valid ORDER → Rules of Court cannot amend 18 USC 3231: see Willy v. Coastal Corp. + Senate Amendment (see left margin)

It is hereby ORDERED, pursuant to F.R.Cr.P. 5(c)(3)(D), that further proceedings in this case shall be conducted in the U. S. District Court for the District of Wyoming. USDC has no jurisdiction of this case.

The Clerk of this Court shall forthwith transmit to the Clerk of the Court in said district the records of proceedings conducted in this district. William M. McCool failed to produce SF-61s for himself + numerous other "robes":

Unless defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond or as directed by Counsel.

see evidence database in the Supreme Law Library: see 2 x Mail Fraud Reports in particular: one at Tallahassee, Florida and one at Seattle, Washington; see also supplemental Mail Fraud Report lodged against Registrar of University of Washington.

Dated this 4th day of February, 2014.

NOT a stamp

signature here is evidence of yet more FRAUD: (cover)

Brian A. Tsuchida, U. S. Magistrate Judge

not true if SF-61 is not in custody of Clerk: 5 USC 2906, 3331 also 5 USC 2903

See NOTICE AND DEMAND to Tsuchida ("NAD") — IN DEFAULT now

See 2 x Acts of June 25, 1948 + Miscellaneous Provisions (62 Stat.): 18 USC 3231

Controlling holding in Willy v. Coastal Corp.: Rules of Court cannot expand or restrict original jurisdiction already conferred by Act of Congress.

Supplemental Authorities:

If judge has not executed proper OATH, all his acts as such are void [cites omitted].

If judge has not executed proper OATH, s/he cannot even get paid; see 2 x Attorney General Opinions [cites omitted].

SENATE CONFIRMATION is prequisite to PRESIDENTIAL COMMISSION.

PRESIDENTIAL COMMISSION is prequisite to APPOINTMENT AFFIDAVITS and to separate OATH OF OFFICE: 28 USC 453, 5 USC 3331, 2906, 2903.

Office of U.S. Attorney must convey to Federal Grand Jury evidence of felony offenses received from private Citizens, although U.S. Attorney may add comments and/or analysis. In re grand jury application (USDC/SDNY).

See also APPLICATION FOR WRIT OF CERTIORARI in Mitchell v. AOL Time Warner, Inc. et al. (commenced Sept. 2001), for a very thorough exposition of the key differences between Article III constitutional courts and Article IV legislative tribunals.

FEDERAL DETENTION CENTER
NAME: Paul Andrew Mitchell
REG: 44202-086 UNIT: EA
P.O. BOX 13900
SEATTLE, WA. 98198-10[illegible]0

RECEIVED
FEB 11 [illegible]
FEDERAL PUBLIC DEFENDER

SEATTLE WA 980
10 FEB 2014 PM 2 L

USA FOREVER

Special Mail
(cf. 18 USC 1702, UCC 1-308)

TO: Barbara Hughes, Paralegal
Federal Public Defender
1601 Fifth Ave., Ste 700
Seattle 98101
Washington State, USA

98101

98101$1642