<u>CONFIDENTIAL</u>
<u>SPECIAL MAIL</u>

TO: Barbara Hughes, Paralegal
Federal Public Defender
Seattle, Washington State

FROM: Paul Andrew Mitchell, B.A., M.S.
Private Attorney General

DATE: 2/7/2014

SUBJECT: Sixth Amendment violations and miscellaneous items

Greetings Barbara:

(1) Please send me a copy of my FOIA Request for the credentials required of Sarah Vogel, and make sure it is also mailed <u>promptly</u>. The FOIA Request I mailed to you is the <u>original</u>!

(2) Please also send me a copy of the alleged "ARREST WARRANT" dated on or about 1/28/2014. I need to review it.

(3) Please inform all concerned that I hereby formally, and in writing now, terminate the services of Nancy Tenney for failing to provide me with effective assistance of Counsel, in violation of the <u>Sixth Amendment</u>.
   My decision to terminate her is based in part on the following case law:

(a) Cuyler v. Sullivan, 446 U.S. 335 (conflict free Counsel)

(b) Mitchell v. Mason, 325 F.3d 732 (constitutionally imposed duty to investigate a case)

(c) Glasser v. U.S., 315 U.S. 60 (right of effective assistance of counsel)

(d) U.S. v. Nguyen, 262 F.3d 998 (serious breakdown in communication can result in an inadequate defense)

(e) U.S. v. Holman, 314 F.3d 837 (conflict of interest violates 6th Amend.)

(4) Therefore, please replace Ms. Tenney with capable Counsel who will immediately review my case in detail sufficient to understand all matters that remain unresolved and/or outstanding, e.g. DRAFT Petition for Habeas Corpus Relief, FOIA Enforcement etc., FOIA to OVSA for Vogel's credentials etc.

(5) Please prepare and serve another Notice of Witness, expressly identifying Mr. Jeffrey Mans, Deputy U.S. Marshal, as an eyewitness to my visit to the Clerk's Office at the federal courthouse in Seattle, and to an employee's statement

(5 cont.) at the public counter: "We are not going to cooperate with you, Mr. Mitchell." My visit to the Clerk's Office, with Mr. Mans by my side, occurred on 6/11/2013, the same day as the "SEARCH WARRANT" allegedly signed by James P. Donohue.

(6) Repeating: please attempt to locate and obtain a copy of my VERIFIED CRIMINAL COMPLAINT, OR INFORMATION formally charging James Marcy and Dave Duest with multiple federal offenses, as lodged with the District Court of Wyoming at Cheyenne soon after the 6/11/2013 raid on my apartment.

(7) Please reply in writing with a report of the status of each matter itemized above.

Thank you for your consideration.

Sincerely yours,

Paul Andrew Mitchell, Sui Juris

Paul Andrew Mitchell, B.A., M.S.

All Rights Reserved (cf. UCC 1-308)

FEDERAL DETENTION CENTER
NAME: Paul Andrew Mitchell
REG: 44202-086   UNIT: GA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

SEATTLE WA 980
10 FEB 2014 PM 6 L

"Special Mail"   TO: Barbara Hughes, Paralegal
Confidential          Federal Public Defender
                      1601 Fifth Avenue, Ste. 700
All Rights Reserved   Seattle, Washington State 98101
c.f. UCC 1-308        USA



(see Johnson v. Zerbst)
(see also Brewer v. Wilkinson)
Lemon v. Dugger