#12

*In the left margin (vertical):* Incorporated by reference in #14-CR-27-F (USDC/DWY)

Case Nos.: MJ 14-00030 JPD
USDC/DWY: 14-CR-27-F

FORMAL NOTICE OF CHALLENGE TO THE
CONSTITUTIONALITY OF TWO ACTS OF CONGRESS
Authority: 28 U.S.C. 2403 (a)

TO: Office of Chief Judge
U.S. District Court
700 Stewart Street
Seattle 98101
Washington State, USA

*Stamp:* FILED   LODGED   RECEIVED   MAIL   FEB 28 2014   CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON   BY____ DEPUTY

FROM: Paul Andrew Mitchell, B.A., M.S., Pro Per
FDC SeaTac Reg. No. 44202-086, Unit "EA"

SUBJECT: 1866 Civil Rights Act and the
Jury Selection and Service Act:
28 U.S.C. 2403(a), 1345; 3:2:1, U.S. Const.

Greetings Your Honor:
    The United States now intervenes ex rel.:
    Please accept this NOTICE as my formal
challenge to the constitutionality of the
1866 Civil Rights Act and of the federal statute
at 28 U.S.C. 1865(b)(1): jury selection and service.
    I incorporate here my carefully worded
and thoroughly researched essay entitled
"Citizenship for Dummies" as if the same
were set forth fully as an essential
element of the instant challenge.
    In a nutshell, that essay reached
the following pivotal and dispositive
conclusion, to wit:

|| Congress could not remove the obstacles ||
|| identified in the Dred Scott decision ||
|| solely by means of federal legislation ||
|| enacted by that Body! Quod erat demonstrandum ||

-1 of 5-

#12

It is now painfully clear that there
are presently two (2) classes of citizenships
in America, properly identified as:
(1) State Citizens a/k/a Citizens of ONE OF
    the 50 States united; and,
(2) federal citizens a/k/a citizens of the
    United States (federal government).
   Most unfortunately, Congress chose to
identify the second class of federal citizens
as "citizens of the United States" [sic], small "c"!
That choice resulted in a truly enormous
amount of confusion — ever since 1866 A.D.,
and continuing right up to the present day —
that originated in the conflict that resulted
with all three (3) Qualifications Clauses,
the Arising Under Clause, and the Privileges
and Immunities Clause, in the Constitution
for the United States of America, as lawfully
amended. See 1:2:2, 10:3:3, 2:1:5, 3:2:1, 4:2:1.
   In the latter 5 supreme Laws the primary
class of State Citizens is the ONLY class of
Americans contemplated by the terms
"Citizen of the United States" and "Citizens".
None of those Clauses has ever been amended;
as such, they retain today the original meaning
they had when they were first ratified
as supreme Law of the Land on June 21, 1788 A.D.
   The Undersigned was born in Worcester,
Massachusetts, at high noon on June 21, 1948 A.D.,
at the exact moment when the light from
God's intense burning Son was directly
overhead, on the day when it would shine

the longest and remain that way forever.

Here, see *Pannill v. Roanoke* (i.e. federal citizens were <u>not</u> <u>even</u> <u>contemplated</u> when the organic Constitution was first being drafted); and, the OPENING BRIEF to the Eighth Circuit in <u>USA v. Gilbertson</u>, as written for the latter Defendant by the Undersigned in the year 1997 A.D. (cf. Topic "A" in that BRIEF).

The "summary ruling" in the latter appeal was "UNPUBLISHED"; and yet, only three (3) years later, that <u>same</u> Eighth Circuit ruled that "UNPUBLISHED" Circuit Court opinions are <u>un</u>constitutional! See <u>Anastasoff</u> (8th Cir. ~2000). Chaos in the court?

Thus, the well-pleaded Challenge to the Jury Selection and Service Act, as documented at Topic "A" in said OPENING BRIEF, still remains today without <u>any</u> rebuttal(s) or refutation(s) by any Branch of the federal government. That Challenge is now <u>back on the table</u>, chiefly because the instant cases concern two (2) panels of federal citizens who attempted, but <u>failed</u>, to convene a lawful federal grand jury:

(a)  when one tried to issue ten (~10) "subpoenas" to as many clients of one Co-Defendant; and,

(b)  when the other tried to issue an "indictment" against the Undersigned.

Both attempts <u>failed</u>, due to <u>class</u> <u>discrimination</u>.

As far as the instant cases are concerned, the 2 panels of federal citizens, implicated in the docket numbers itemized above were:

(a) <u>not</u> lawfully convened federal grand juries;

(b) <u>not</u> able to issue any valid "subpoena";

(c) <u>not</u> able to issue any valid "indictment";

(d) <u>not</u> able to conduct any "official" proceeding";

(e) <u>not</u> able to hear or record any testimony from sworn witnesses;

(f) <u>not</u> able to hear any arguments, or recommendations, from any personnel employed at such times by the U.S. Dept. of Justice, or the Office(s) of the U.S. Attorney;

(g) <u>not</u> able to accept delivery of any class of U.S. Mail expressly addressed to the "foreperson" of a <u>lawful</u> federal grand jury;

(h) <u>not</u> able to charge anyone with violating 18 U.S.C. 1504, or 18 U.S.C. 1512, as long as the former Sec. 1504 does <u>not</u> prohibit a proper <u>request</u> to appear before a <u>lawfully convened federal grand jury</u>,

insofar as the well defined class of Americans — qualified to serve in the House, Senate and White House — can<u>not</u> serve on juries of <u>any kind</u>, be they grand or petit juries, be they civil or criminal juries, <u>nor even</u> <u>vote in any State or federal elections</u>, either.

What <u>an abomination to the Lord!</u> See Proverbs 12:22 here. All of the above are <u>gross violations</u> of Equal Protection of the Law.

## REMEDY

All premises having been duly considered, the Office of Clerk of this honorable Court will kindly, and forthwith, notify the Office of the United States Attorney General of the instant Challenge to the constitutionality of the 1866 Civil Rights Act and subsection 1865(b)(1) of the Jury Selection and Service Act, and certify same for purposes of satisfying all notice requirements imposed by all relevant federal laws and implementing Regulations. Chiefly, see 28 U.S.C. 2403(a), 1345; 3:2:1, U.S. Const.

## VERIFICATION: 28 U.S.C. 1746(1)

I, Paul Andrew Mitchell, B.A., M.S., hereby verify, under penalty of perjury, under the laws of the United States of America, without (outside) the United States (federal government), that the above statement of facts and laws is true and correct, according to the best of my current information, knowledge and belief, so help me God.

Dated: 2/20/2014 A.D.

Signed: Paul Andrew Mitchell, Sui Juris
Private Attorney General, 18 U.S.C. 1964(c)

Printed: Paul Andrew Mitchell, B.A., M.S.
All Rights Reserved (cf. UCC 1-308)



FEDERAL DETENTION CENTER
NAME: Paul Andrew Mitchell
REG: 44202-086   UNIT: EA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

"Special Mail"
Confidential
(1:2)
All Rights Reserved
cf. UCC 1-308
98101*4439

LEGAL MAIL

SEATTLE WA 981
27 FEB 2014 PM 4 L

TO: Office of Chief Judge
U.S. District Court
700 Stewart Street
Seattle 98101
Washington State, USA
98101

All Rights Reserved

Please copy and file in dockets
#MJ 14-00030 JPD (Seattle) and
#14-CR-27-F (USDC/DWY)

Authorities:
Crofton v. Roe, 170 F.3d 957;
Procunier v. Martinez, 416 U.S. 396;
Bell-Bay v. Williams, 87 F.3d 832;
Brewer v. Wilkinson, 3 F.3d 816;
Lemon v. Dugger 931 F.2d 1465

#13

Cases No.: MJ 14-00030 JPD
USDC/DWY: 14-CR-27-F

RELATOR'S SECOND VERIFIED CRIMINAL
COMPLAINT, ON INFORMATION
Authority: 18 U.S.C. 4, 1513, 1964(c)

TO: Office of Chief Judge
U.S. District Court
700 Stewart Street
Seattle 98101
Washington State, USA

FILED
LODGED
RECEIVED   MAIL

FEB 28 2014

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

FROM: Paul Andrew Mitchell, B.A., M.S.
FDC SeaTac Reg. No. 44202-086, Unit "EA"

SUBJECT: 18 U.S.C. 4 duty to report violations
of 18 U.S.C. 1513: retaliating against
witness, victim or an informant

Greetings Your Honor:

In order to satisfy fully the legal obligation
imposed upon Me by the Federal criminal
statute at 18 U.S.C. 4 (misprision of felony),
the United States (Federal government)
appearing ex rel. Paul Andrew Mitchell,
Private Attorney General and qualified
Federal Witness, hereby lodges with the
honorable Court supra this RELATOR'S
SECOND VERIFIED CRIMINAL COMPLAINT,
ON INFORMATION formally charging all
individuals named below with violating
each Federal criminal statute correctly
cited therein.

The United States ex rel. Paul Andrew
Mitchell therefore formally charges:

Incorporated by reference in #14-CR-27-F (USDC/DWY)

-1 of 4-                      — 1 of 4 —

#13

James P. Donohue with:

(1) knowingly engaging and attempting to engage in conduct thereby damaging and threatening to damage tangible properties of the Undersigned, with intent to retaliate against the Undersigned, for records, documents and other objects produced by the Undersigned in various official proceedings, and for information relating to the commission and possible commission of several Federal offenses given by the Undersigned to law enforcement officers, including but not limited to personnel in the U.S. Marshals Service, U.S. Department of Justice, and Offices of the U.S. Attorney, and the Seattle Police Dept., all in violation of 18 U.S.C. 1513 (b)(1) and 1513 (b)(2); and,

(2) knowingly, with the intent to retaliate, taking action harmful to the Undersigned, including interference with the lawful livelihood of the Undersigned, for providing to law enforcement officers, including but not limited to personnel in the U.S. Marshals Service, U.S. Dept. of Justice, Offices of the U.S. Attorney, and the Seattle Police Dept., truthful information relating to the commission and possible commission of several Federal offenses, all in violation of 18 U.S.C. 1513 (e).

- 2 of 4 -

- 2 of 4 -

William M. McCool with:

(1) knowingly engaging and attempting to engage in conduct thereby damaging and threatening to damage tangible properties of the Undersigned, with intent to retaliate against the Undersigned, for records, documents and other objects produced by the Undersigned in various official proceedings, and for information relating to the commission and possible commission of several Federal offenses given by the Undersigned to law enforcement officers, including but not limited to personnel in the U.S. Marshals Service, U.S. Dept. of Justice, Offices of the U.S. Attorney, and the Seattle Police Dept. all in violation of 18 U.S.C. 1513(b)(1), 1513(b)(2) and 1513(f); and,

(2) knowingly, with the intent to retaliate, taking action harmful to the Undersigned, including interference with the lawful livelihood of the Undersigned, for providing to law enforcement officers, including but not limited to personnel in the U.S. Marshals Service, U.S. Dept. of Justice, Offices of the U.S. Attorney, and the Seattle Police Dept., truthful information relating to the commission and possible commission of several Federal offenses, all in violation of 18 U.S.C. 1513(e) and 1513(f).

#13

## INCORPORATION OF RECORDS AND DOCUMENTS

The United States ex rel. Paul Andrew Mitchell hereby incorporates the entire folder concerning this Relator, that is presently in the legal custody of the Judicial Security Dept. of the U.S. Marshals Service at downtown Seattle, by reference as if the same were set forth fully here; and respectfully demands mandatory judicial notice of same pursuant to Rule 201(c)(2) in the Federal Rules of Evidence. See also 18 U.S.C.A. & U.S.C.S. 1513, 1964(c).

### —VERIFICATION—

I, Paul Andrew Mitchell, B.A., M.S., Sui Juris, Citizen of Washington State, expressly not a "federal citizen", also a qualified Federal Witness and Private Attorney General, hereby verify under penalty of perjury, under the laws of the United States of America, without the United States (federal government), that the above statement of facts and laws is true and correct, to the best of my current information, knowledge and belief, so help me God, pursuant to 28 U.S.C. 1746(1).

Dated: February 21, 2014 A.D.

Signed: Paul Andrew Mitchell, Sui Juris
Printed: Paul Andrew Mitchell, B.A., M.S.
All Rights Reserved (cf. UCC 1-308)

— 4 of 4 —

—4 of 4—



FEDERAL DETENTION CENTER
NAME: Paul Andrew Wetherie
REG: 44202-086   UNIT: EA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

98101344439

"Special Mail"
Confidential
(C 13)
All Rights Reserved
(c.f. UCC 1-308)

SEATTLE WA 981

27 FEB 2014 PM 1 T

LEGAL MAIL

TO: Office of Chief Judge
U.S. District Court
700 Stewart Street
Seattle 98101
Washington State, USA
98101

Please copy and file in dockets
#MJ 14-00030 JPD (Seattle) and
# 14-CR-27-F (USDC/DWY)

Authorities:
Crofton v. Roe, 170 F.3d 957;
Procunier v. Martinez, 416 U.S. 396;
Bell-Bay v. Williams, 87 F.3d 832;
Brewer v. Wilkinson, 3 F.3d 816;
Lemon v. Dugger, 931 F.2d 1465

#14

Incorporated by reference in #14-CR-27-F (USDC/DWY)

Case Nos.: MJ 14-00030 JPD
USDC/DWY: 14-CR-27-F
DECLARATION OF RELATOR'S STATUS UNDER
18 U.S.C. 1510(c), 1515(a)(4)(A) and 1515(a)(1)(A) & (c)

TO: Office of Chief Judge
U.S. District Court
700 Stewart Street
Seattle 98101
Washington State, USA

FILED
LODGED
RECEIVED    MAIL

FEB 28 2014

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

FROM: Paul Andrew Mitchell, B.A., M.S., "Pro Per"
FDC SeaTac Reg. No. 44202-086, Unit "EA"

SUBJECT: qualifications as "criminal investigator"
and "law enforcement officer" supra

Greetings Your Honor:

Please accept this DECLARATION as the good
faith understanding of my current status,
as expressly defined by the following
Sections in Title 18 of the U.S. Code, to wit:

18 U.S.C. 1510(c):

At least since my authorization by the late
U.S. District Judge John M. Roll to defend
an Arizona priest In re Grand Jury
Subpoena Served on New Life Health
Center circa 1996-1997; at least since my
authorization by an Officer of the Day at the
U.S. Coast Guard main gate at San Diego Harbor
to assist Coast Guard Investigations with
analysis of the Pentagon events on 9/11/2001

— 1 of 3 —

#14

circa 2002 thru 2009; and, at least since commencement of *Mitchell v. AOL Time Warner, Inc. et al.* at the Federal Courthouse in Sacramento, also in September 2001, I believe it is correct to describe those activities as qualifying my status as a "criminal investigator" meaning "any individual duty authorized by a Department, agency, or armed force of the United States to conduct or engage in investigations of or prosecutions for violations of the criminal laws of the United States", as the latter is expressly defined at 18 U.S.C. 1510(c);

18 U.S.C. 1515(a)(4)(A):

At least since the authorizations mentioned supra, I believe it is also correct to describe those ongoing activities as qualifying my status as a "law enforcement officer" meaning "a person ... serving the Federal Government as an adviser or consultant —— (A) authorized under law to engage in or supervise the prevention, detection, investigation or prosecution of an offense", as the latter is expressly defined at 18 U.S.C. 1515(a)(4)(A); and,

(continue next page)

-2 of 3-

-2 of 3-

<u>18 U.S.C. 1515 (a)(1)(A) & 1515 (a)(1)(C):</u>

At least since the authorizations mentioned
supra, I believe it is also correct to
describe those ongoing activities as
involving "official proceedings"
meaning "a proceeding before a Federal
Government agency which is authorized
by law", and "a proceeding before a Judge
or court of the United States ... or a Federal
grand jury", as the latter are expressly
defined at 18 U.S.C. 1515(a)(1)(C) and at
18 U.S.C. 1515 (a)(1)(A), respectively.

Now see 18 U.S.C. 1964(a), 1964(c); and,
<u>Rotella v. Wood</u> (for example) re: private
attorneys general (in particular).

— VERIFICATION —

I, Paul Andrew Mitchell, B.A., M.S., Sui Juris,
Citizen of Washington State, expressly <u>not</u>
a "federal citizen", also a qualified Federal
Witness and Private Attorney General,
hereby verify under penalty of perjury,
under the laws of the United States of America,
<u>without</u> the United States (Federal Government),
that the above statement of facts and laws
is true and correct, to the best of my current
information, knowledge and belief, so help
me God, pursuant to 28 U.S.C. 1746(1).

<u>Dated:</u>   February 22, 2014 A.D.

<u>Signed:</u>  Paul Andrew Mitchell, Sui Juris

<u>Printed:</u> Paul Andrew Mitchell, B.A., M.S.
          All Rights Reserved (cf. UCC 1-308)

FEDERAL DETENTION CENTER
NAME: Paul Andrew Mitchell
REG: 44202-086   UNIT: EA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

"Special Mail"
Confidential
(14)

All Rights Reserved
(cf. UCC 1-308)

SEATTLE WA 981

27 FEB 2014 PM 1 L

LEGAL MAIL

TO: Office of Chief Judge
U.S. District Court
700 Stewart Street
Seattle 98101
Washington State, USA
98101

98101§44438

Please copy and file in dockets
#MJ 14-00030 JPD (Seattle) and
#14-CR-27-F (USDC/DWy)

Authorities:
Crofton v. Roe, 170 F.3d 957;
Procunier v. Martinez, 416 U.S. 396;
Bell-Bay v. Williams, 87 F.3d 832;
Brewer v. Wilkinson, 3 F.3d 816;
Lemon v. Dugger, 931 F.2d 1465

```
 1   Paul Andrew Mitchell, Sui Juris
 2   Private Attorney General
 3   c/o Lake Union Mail
 4   117 East Louisa Street
 5   Seattle 98102-3203
 6   Washington State, USA
 7
 8   In Propria Persona
 9
10   All Rights Reserved
11   without Prejudice
12
13
14
15
16                    District Court of the State of Wyoming
17
18                         First Judicial District
19
20                            Laramie County
21
22
23   People of the United States of America )   Case No. _____
24   ex relatione                           )
25   Paul Andrew Mitchell,                   )   VERIFIED CRIMINAL COMPLAINT,
26                                           )   ON INFORMATION:
27            Plaintiffs,                    )
28                                           )
29       v.                                  )   18 U.S.C. 1961, 1962, 1964.
30                                           )   Also incorporated now in:
31   James Marcy,                            )   #MJ 14-00030 JPD
32   Dave Guest, and                         )   (USDC/Seattle); and,
33   Does 1 thru 20,                         )   #14-CR-27-F
34                                           )   (USDC/Cheyenne). PM
35            Defendants.                    )
36   ------------------------------------------)
```

37   Now come the Plaintiffs People of the United States of America *ex*

38   *relatione* Paul Andrew Mitchell, *Sui Juris*, Citizen of Washington State,

39   qualified Federal Witness, Private Attorney General and now Damaged

40   Party (hereinafter "Relator"), formally charging the following named

41   and unnamed individuals with the corresponding criminal violations

42   enumerated *infra*.

43       Relator hereby formally charges:

44

Please copy & file in #MJ 14-00030 JPD and 14-CR-27-F supra. PM

COPY

**James Marcy** with:

(1)   commission of a felony, during the ten (10) years commencing June 11, 2003 *A.D.*, by knowingly using intimidation and engaging in misleading conduct toward another person with intent to influence, delay or prevent the testimony of a person in an official proceeding, by causing or inducing a person to withhold testimony or withhold a record, document or other object from an official proceeding, and by hindering, delaying or preventing the communication of information relating to the commission or possible commission of a Federal offense to a law enforcement officer or judge of the United States, in violation of the Federal criminal statute at **18 U.S.C. 1512** (one or more counts);

(2)   commission of a felony, during the ten (10) years commencing June 11, 2003 *A.D.*, by knowingly engaging in conduct and thereby damaging the tangible property of another person, and by threatening to do so, with intent to retaliate against that person for his attendance as a witness and party at an official proceeding, for testimony given and records, documents and other objects produced by a witness in an official proceeding, and for information relating to the commission or possible commission of a Federal offense, in violation of the Federal criminal statute at **18 U.S.C. 1513** (one or more counts);

(3)   commission of multiple felonies, during the ten (10) years commencing June 11, 2003 *A.D.*, by placing in a post office, or in an authorized depository for mail, matter to be sent and delivered by the Postal Service, for the purposes of executing a scheme or artifice to defraud and of obtaining money by means of false and fraudulent pretenses, representations or promises, after having devised or intended to devise said scheme or artifice, in violation of the Federal criminal statute at **18 U.S.C. 1341** (one or more counts);

(4)   commission of a felony, during the ten (10) years commencing June 11, 2003 *A.D.*, by attempting and conspiring to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by means of extortion, specifically by obtaining property from a qualified Federal Witness, and other damaged people not named herein, with their consent induced by wrongful use of actual or threatened force, violence or fear, and under color of official right, in violation of the Federal criminal statute at **18 U.S.C. 1951(a)** (one or more counts);   and,

(5)   commission of a felony by conspiring to engage in a pattern of racketeering activity, including but not limited to perpetrating a property conversion racket and a protection racket against the estate of a qualified Federal Witness, and other damaged people not named herein, and as a direct result of committing two or more of the predicate acts itemized *supra* and in the Federal criminal statute at **18 U.S.C. 1961** during the ten (10) years commencing June 11, 2003 *A.D.*, in violation of the Federal criminal statute at **18 U.S.C. 1962(d)** (one or more counts).



**Dave Guest** with:

(1)   commission of a felony, during the ten (10) years commencing June 11, 2003 *A.D.*, by knowingly using intimidation and engaging in misleading conduct toward another person with intent to influence, delay or prevent the testimony of a person in an official proceeding, by causing or inducing a person to withhold testimony or withhold a record, document or other object from an official proceeding, and by hindering, delaying or preventing the communication of information relating to the commission or possible commission of a Federal offense to a law enforcement officer or judge of the United States, in violation of the Federal criminal statute at **18 U.S.C. 1512** (one or more counts);

(2)   commission of a felony, during the ten (10) years commencing June 11, 2003 *A.D.*, by knowingly engaging in conduct and thereby damaging the tangible property of another person, and by threatening to do so, with intent to retaliate against that person for his attendance as a witness and party at an official proceeding, for testimony given and records, documents and other objects produced by a witness in an official proceeding, and for information relating to the commission or possible commission of a Federal offense, in violation of the Federal criminal statute at **18 U.S.C. 1513** (one or more counts);

(3)   commission of multiple felonies, during the ten (10) years commencing June 11, 2003 *A.D.*, by placing in a post office, or in an authorized depository for mail, matter to be sent and delivered by the Postal Service, for the purposes of executing a scheme or artifice to defraud and of obtaining money by means of false and fraudulent pretenses, representations or promises, after having devised or intended to devise said scheme or artifice, in violation of the Federal criminal statute at **18 U.S.C. 1341** (one or more counts);

(4)   commission of a felony, during the ten (10) years commencing June 11, 2003 *A.D.*, by attempting and conspiring to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by means of extortion, specifically by obtaining property from a qualified Federal Witness, and other damaged people not named herein, with their consent induced by wrongful use of actual or threatened force, violence or fear, and under color of official right, in violation of the Federal criminal statute at **18 U.S.C. 1951(a)** (one or more counts);  and,

(5)   commission of a felony by conspiring to engage in a pattern of racketeering activity, including but not limited to perpetrating a property conversion racket and a protection racket against the estate of a qualified Federal Witness, and other damaged people not named herein, and as a direct result of committing two or more of the predicate acts itemized *supra* and in the Federal criminal statute at **18 U.S.C. 1961** during the ten (10) years commencing June 11, 2003 *A.D.*, in violation of the Federal criminal statute at **18 U.S.C. 1962(d)** (one or more counts).



**Does 1 thru 20** with:

(1)   commission of a felony, during the ten (10) years commencing June 11, 2003 *A.D.*, by knowingly using intimidation and engaging in misleading conduct toward another person with intent to influence, delay or prevent the testimony of a person in an official proceeding, by causing or inducing a person to withhold testimony or withhold a record, document or other object from an official proceeding, and by hindering, delaying or preventing the communication of information relating to the commission or possible commission of a Federal offense to a law enforcement officer or judge of the United States, in violation of the Federal criminal statute at **18 U.S.C. 1512** (one or more counts);

(2)   commission of a felony, during the ten (10) years commencing June 11, 2003 *A.D.*, by knowingly engaging in conduct and thereby damaging the tangible property of another person, and by threatening to do so, with intent to retaliate against that person for his attendance as a witness and party at an official proceeding, for testimony given and records, documents and other objects produced by a witness in an official proceeding, and for information relating to the commission or possible commission of a Federal offense, in violation of the Federal criminal statute at **18 U.S.C. 1513** (one or more counts);

(3)   commission of multiple felonies, during the ten (10) years commencing June 11, 2003 *A.D.*, by placing in a post office, or in an authorized depository for mail, matter to be sent and delivered by the Postal Service, for the purposes of executing a scheme or artifice to defraud and of obtaining money by means of false and fraudulent pretenses, representations or promises, after having devised or intended to devise said scheme or artifice, in violation of the Federal criminal statute at **18 U.S.C. 1341** (one or more counts);

(4)   commission of a felony, during the ten (10) years commencing June 11, 2003 *A.D.*, by attempting and conspiring to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by means of extortion, specifically by obtaining property from a qualified Federal Witness, and other damaged people not named herein, with their consent induced by wrongful use of actual or threatened force, violence or fear, and under color of official right, in violation of the Federal criminal statute at **18 U.S.C. 1951(a)** (one or more counts);  and,

(5)   commission of a felony by conspiring to engage in a pattern of racketeering activity, including but not limited to perpetrating a property conversion racket and a protection racket against the estate of a qualified Federal Witness, and other damaged people not named herein, and *as a direct result of* committing two or more of the predicate acts itemized *supra* and in the Federal criminal statute at **18 U.S.C. 1961** during the ten (10) years commencing June 11, 2003 *A.D.*, in violation of the Federal criminal statute at **18 U.S.C. 1962(d)** (one or more counts).

**PARTIES**

1
2
3     Relator Paul Andrew Mitchell, B.A., M.S., is currently a Citizen

4    of Washington State and nationally recognized Private Attorney General

5    living and working in Seattle, Washington State.

6     During the period in question, Defendant James Marcy has claimed

7    to be a Special Agent doing Criminal Investigation for the Internal

8    Revenue Service with offices in Cheyenne, Wyoming.

9     However, Mr. Marcy has failed to produce any credentials proving

10   said claim, after being presented with a proper Request under the

11   Freedom of Information Act for valid U.S. Office of Personnel

12   Management Standard Form 61 APPOINTMENT AFFIDAVITS required by the Oath

13   of Office Clause in the U.S. Constitution and by the Federal laws at 5

14   U.S.C. sections 2903, 2906 and 3331.

15    During the period in question, Defendant Dave Guest has also

16   claimed to be a Special Agent doing Criminal Investigation for the

17   Internal Revenue Service with offices in Fort Collins, Colorado.

18    However, Mr. Guest has also failed to produce any credentials

19   proving said claim, after being presented with a proper Request under

20   the Freedom of Information Act for valid U.S. Office of Personnel

21   Management Standard Form 61 APPOINTMENT AFFIDAVITS required by the Oath

22   of Office Clause in the U.S. Constitution and by the Federal laws at 5

23   U.S.C. sections 2903, 2906 and 3331.

24    John Doe #1 thru John Doe #20 are as yet unnamed accomplices,

25   accessories and/or co-conspirators with Defendants Marcy and Guest.

26
27 **INCORPORATION OF EVIDENCE EXHIBITS**

28    Plaintiffs hereby incorporate all attached documents formally by

29   reference, as if all were set forth fully here.



SUMMARY OF KEY EVENTS

1

2       On June 11, 2013 *A.D.*, without any appointment Defendants Marcy

3   and Guest confronted Relator on the sidewalk in front of Relator's

4   mailing service in Seattle, Washington.

5       Defendant Marcy presented Relator with paperwork which was styled

6   "search warrant", but it lacked the authorized signature of a Clerk or

7   Deputy Clerk of the U.S. District Court for the Western District of

8   Washington State.  See 28 U.S.C. 1691, in chief.

9       Said "search warrant" was also signed by one James P. Donohue

10   doing business as a "U.S. Magistrate Judge".  However, Mr. Donohue has

11   also failed or refused to produce the OPM SF-61 APPOINTMENT AFFIDAVITS

12   required of him by the Oath of Office Clause in the U.S. Constitution

13   and by the Federal laws at 5 U.S.C. sections 2903, 2906 and 3331.

14       A third man identified himself as a U.S. Marshal named "Ray", but

15   "Ray" refused to produce a business card, badge, or to disclose his

16   full name to Relator.

17       Relator verbally objected to these three (3) men for the specific

18   defects in said "search warrant" which are summarized above.

19       When Relator refused to consent to a search or seizure of private

20   property inside Relator's dwelling unit, "Ray" stated his intent to

21   "break in".  Relator immediately objected to "Ray" that breaking and

22   entering is a felony.

23       Relator then announced his specific intent to go straightaway to

24   the Office of Clerk at the U.S. District Court in downtown Seattle, to

25   confirm in person whether or not the required credentials were in the

26   legal custody of that Office, as required by 5 U.S.C. 2906.

*Verified Criminal Complaint, on Information:*
*Page 6 of 9*



1      Relator did go straightaway to that Clerk's Office and was met at

2      the entrance of the Federal Courthouse by a Deputy U.S. Marshal who is

3      assigned to Relator in his capacity as a qualified Federal Witness.

4      That Deputy U.S. Marshal then escorted Relator to the public

5      counter of the Clerk's Office in that Federal Courthouse.

6      A woman seated at that public counter refused to produce any of

7      the requested credentials, and she also stated clearly that "they were

8      not going to cooperate" with Relator.

9      The latter refusal to cooperate was witnessed by the Deputy U.S.

10      Marshal who accompanied Relator to that public counter.

11      While leaving the Federal Courthouse, Relator was told by said



12      Deputy U.S. Marshal that the "search warrant" was in the process of

13      being executed.

14      While walking back to his dwelling unit, Relator contacted the

15      Seattle Police Department and requested a civil standby.   Two (2)

16      Seattle Police Officers responded promptly and drove Relator back to

17      his apartment building.

18      The federal "agents" who were executing said "search warrant"

19      evidently told the lead Seattle Police Officer that it was "valid".

20      Because of the missing credentials for Mr. Donohue, and for Mr.

21      William M. McCool whose name appeared in the rubber stamp on said

22      "search warrant", Relator has concluded that "Ray" and Defendants Marcy

23      and Guest lied to Relator's landlord, they lied to Relator's neighbors,

24      and they lied to two (2) Seattle Police Officers.

25      All Defendants presently remain in possession and/or control of

26      stolen property, seized from Relator's dwelling unit under color of

27      official right and under patently false and fraudulent pretenses.

28

1                                **VERIFICATION**

2    I, Paul Andrew Mitchell, *Sui Juris*, hereby verify, under penalty of

3    perjury, under the laws of the **United States of America**, without the

4    "**United States**" (Federal Government), that the above statement of facts

5    and laws is true and correct, according to the best of My current

6    information, knowledge, and belief, so help me God, pursuant to 28

7    U.S.C. 1746(1).   See Supremacy Clause (*Constitution*, *Laws* and *Treaties*

8    are all the supreme Law of the Land).

9
10   Dated:   July 26, 2013 *A.D.*
11
12
13   Signed:   /s/ Paul Andrew Mitchell   *PM*
14   _____
15   Printed: Paul Andrew Mitchell, Private Attorney General, 18 U.S.C. 1964
16             **All Rights Reserved without Prejudice (cf. UCC 1-308)**
17

1          **PROOF OF SERVICE**

2      I, Paul Andrew Mitchell, *Sui Juris*, hereby certify, under penalty of

3      perjury, under the laws of the **United States of America**, without the

4      "**United States**" (Federal Government), that I am at least 18 years of

5      age, a Citizen of <u>ONE OF</u> the **United States of America**, and that I

6      personally served the following document(s):

7             **VERIFIED CRIMINAL COMPLAINT, ON INFORMATION:**
8                    18 U.S.C. 1961, 1962, 1964
9
10     by placing one true and correct copy of said document(s) in first class

11     United States Mail, with postage prepaid and properly addressed to the

12     following:

13     **Hon. Danny Glick**                    **District Attorney**
14     Laramie County Sheriff                  Laramie County
15     1910 Pioneer Avenue                     310 West 19th Street, #200
16     Cheyenne 82001                          Cheyenne 82001-4451
17     Wyoming, USA                            Wyoming, USA
18
19
20     Confidential Courtesy Copies:
21
22     **Joseph Ruben Hill**                   **Seattle Police Department**
23     c/o 1903 S. Greeley Hwy., #170          810 Virginia Street
24     Cheyenne 82007                          Seattle 98101
25     WYOMING, USA                            Washington State, USA
26
27
28     Dated:   July 26, 2013 *A.D.*
29
30
31     Signed:  /s/ Paul Andrew Mitchell
32     _____
33     Printed: Paul Andrew Mitchell, Private Attorney General, 18 U.S.C. 1964
34              **All Rights Reserved without Prejudice (cf. UCC 1-308)**

FEDERAL DETENTION CENTER
NAME: Paul Andrew Mitchell _ Pro Per
P.REG: 44202-086
P.O. BOX 13900   UNIT: GA
SEATTLE, WA. 98198-1090
(Not "Pro se")

"Special Mail"
Confidential
(15)

All Rights Reserved
(cf. UCC 1-308)
98198-4430

SEATTLE WA 981

LEGAL MAIL

TO: Office of Chief Judge
U.S. District Court
700 Stewart St.
Seattle 98101
Washington State, USA
98101

Please copy and file in dockets
# 14-CR-27-F (USDC/DWY) and
# MJ 14-00030 "JPD" (SEATTLE)

cf. Pannill v. Roanoke, and
"Citizenship for Dummies"